ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 29 2013
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

NEKAI CORP
Holder of the Office of the Executor General
c/o Notary Acceptor:
    1050 Bishop Street, Suite 188,
    Honolulu, Hawaii 96813
    Attn: Jennifer A. McTigue, General Manager
    (808)636-4199 phone
    (866)703-2417 fax
    NekaiCorp@gmail.com

MC13 '00158

RE: Miscellaneous File – DE NOD Neal Wolin
                          (The Acting) Secretary of the Treasury


THE UNITED STATES DISTRICT COURT
STATE OF HAWAII


70 2013 00234545

Kent County
**Betty Lou McKenna**
Recorder of Deeds
Dover, DE 19901

Instrument Number: 2013-234545

Recorded On: May 16, 2013      As- Miscellaneous Without Notation

Parties: MCTIGUE JENNIFER
To    MCTIGUE JENNIFER

# of Pages: 4

Comment:

**\*\*DO NOT REMOVE-THIS PAGE IS PART OF THE RECORDED DOCUMENT\*\***

| | | | |
|---|---|---|---|
| Miscellaneous Without Notation | 61.00 | Non Conforming Attach | 40.00 |
| # of Pages | 3 | | 0 |
| | 0 | | 0 |
| Total: | 101.00 | | |

*I hereby certify that the within and foregoing was recorded in the Recorder's Office in Kent County,*

**\*\*DO NOT REMOVE-THIS PAGE IS PART OF THE RECORDED DOCUMENT\*\***

**File Information:**

Document Number: 2013-234545
Receipt Number: 317224
Recorded Date/Time: May 16, 2013 11:03:38A
Book-Vol/Pg: BK-RE  VL-6777  PG-171
User / Station: C Yerkes - Cashier 3

**Record and Return To:**

TAMMY MILLER
542 SCHOONER WAY
DOVER DE 19901

THIS IS CERTIFIED TO BE A TRUE & CORRECT COPY OF THE RECORDS OF THE KENT COUNTY DELAWARE RECORDER OF DEEDS BY _____ DATE 6-24-13

*Betty Lou McKenna*

NC
$ 101

**Document Prepared By:**
Tammy Miller, Notary
State of Delaware

**Return To:**
NEKAI CORP
c/o Notary Acceptor: Tammy Miller
542 Schooner Way
Dover, Delaware 19901-8604

Accepted for Filing in:
Kent County
Doc# 234545
On: May 16, 2013 at 11:03A

*Jen McTigue*

## NOTARIAL CERTIFICATE
FOR THE PRIVATE AND PUBLIC RECORD

| STATE OF Delaware | } | AFFIDAVIT OF SERVICE |
| | } | **AFFIDAVIT OF NON-RESPONSE - NOTICE OF DEFAULT** |
| COUNTY OF Kent | } | RE 840 202 317 US |

> **NOTICE:** As a Notary Public, I am at arm's length, and make no legal determination to either this process, or related presentments. Any/all questions regarding their accuracy or legality should be directed to the maker. As Notary Acceptor, I act in the capacity as a neutral third party witness only. This notice is not intended to harass, intimidate, offend, conspire, blackmail, coerce, or cause anxiety, alarm or distress. It is presented pursuant to legal authority to facilitate stated intentions to achieve honorable agreement.

Notice to any agent is Notice to the Principal
Notice to the Principal is Notice to all agents, successors, heirs and assigns

I, **Tammy Miller**, c/o 542 Schooner Way, Dover, Delaware 19901-8604, hereinafter "Affiant," acting as Notary Acceptor / Notary Public, do affirm, depose, declare and certify by my signature and seal that the following facts are true, correct, and complete to the best of my knowledge and belief:

1. At the request of :Jennifer: McTigue. (here-in-after "Entitlement Holder"), I made presentment of the following document(s):

**Bill of Lading**

| Item: | Quantity |
|---|---|
| Cover Letter to Affidavit of Life | 1 |
| Affidavit of :Jennifer-Ann of the House of McTigue (recorded copy) | 1 |
| Deed of Acknowledgement and Acceptance | 1 |
| Fiduciary Bond HOMFTBOE00004 (Copy) | 1 |
| Affidavit of Life | 1 |

(here-in-after jointly and severally "Presentment") to:

**THE INTERNATIONAL MONETARY FUND, et al,** and (any/all alphanumerical variation(s) and derivative(s) thereof; and any/all subsidiaries and/or subordinate legal entities and/or agencies thereof)

(here-in-after "Respondent");

2. The Presentment was served upon Respondent via USPS Registered Mail No. RE 840 202 317 US to the following address:

Neal Wolin, (The Acting) Secretary of the Treasury
(or current holder of said office)
Department of the Treasury
1500 Pennsylvania Avenue
Washington, DC 20220

NOTICE OF DEFAULT RE 840 202 317 US - Page 1 of 3

3. The USPS certifies that Respondent Accepted the Presentment on March 1, 2013;

4. Respondent was advised that a valid reply (answer and/or counter affidavit) shall be sent within ten (10) days to my attention, care of the mailing location as listed above;

5. I hereby certify that the time for a response / rebuttal has now passed, and Respondent having failed to perform / respond is at Fault;

6. A Notice of Fault was issued on the 13th day of March 2013, and sent to the Respondent at the said address via USPS Registered Mail no. RE 633 323 800 US. USPS certifies that Respondent received and accepted the Notice of Fault on March 21, 2013;

7. I hereby certify that the time for a response / rebuttal to cure the Notice of Fault has passed, without a valid reply as stipulated;

8. In Good Faith, as a neutral third party, I am witness to this *Default,* and *Estoppel*;

9. Estoppel, as an operation of common law, precludes Respondent from ever raising a controversy, whether private or public, regarding the points raised in said Presentment. As of the date of this Notice and Certificate, I am witness there is no dispute of any of the facts, and this matter is now deemed *Res Judicata and Stare Decisis*;

The Agreed upon facts by operation of law I am witness to are as follows:

- :Jennifer-Ann of The House of McTigue is living on God's earth and is not lost at sea; and
- :Jennifer-Ann has claimed all Rights and biometric and biological information; and
- The True Creator of all things has made :Jennifer-Ann a daughter and heir to the covenant and promise; and
- :Jennifer-Ann is still alive, and has the ONLY valid claim on :Jennifer-Ann's divine and earthly inheritance as outlined in her **Affidavit of Life** executed November 1, 2012; and
- :Jennifer-Ann has Accepted the delivery of the Estate-Assets as demonstrated by the **Deed of Acceptance** dated November 1, 2012; and
- :Jennifer-Ann's Estate is the Grantor to, and Beneficiary/Creditor of the Legal Person known as JENNIFER ANN MCTIGUE created by the Government of The United States; and
- :Jennifer-Ann is not, and/or never knowingly became a Government employee, cannot be compelled to perform any function(s) of any defacto Government, and remains a sojourner and peaceful inhabitant of the True Creator's earth; and
- :Jennifer-Ann lives under the Law of her Creator, and does not consent to Statutory Jurisdiction; and
- :Jennifer-Ann is not an "enemy combatant" or "belligerent", rather chooses to live in Peace with all men under the Creator's Law and Will; and
- :Jennifer-Ann cannot serve two masters, and any attempt to enforce statutory jurisdiction upon her is enticement into slavery/involuntary servitude, contrary to divine, international and domestic Law(s); and
- :Jennifer-Ann has revoked, rescinded and terminated any/all assumed/presumed/expressed/implied power of attorney any/all public servants may have over her and/or her Estate/Estate-Assets; and
- :Jennifer-Ann has granted, transferred and conveyed and assigned all Rights, Titles, Equity and Interest in Estate-Assets to the House of McTigue Family Trust; and
- Public Notice of the claim on the Estate/Estate-Assets by the Trust has been filed with **Maryland DAT, UCC no. 0000000181461183**; and
- :Jennifer-Ann has named, nominated and appointed NEKAI CORP as Master-Trustee of the House of McTigue Family Trust, and as the Holder of the Office of the Executor General for her Estate; and
- :Jennifer-Ann Accepts all Oath(s) of Office of each/all public servant(s), to protect Estate-Assets, and caused EXECUTOR-AND-FIDUCIARY-INDEMNITY-BOND no. HOMFTBOE00004 to be issued to indemnify said public servants when carrying out all lawful Orders and Wishes given by :Jennifer-Ann and/or any Heirs, Successors and Assigns; and

10. I make this declaration for no improper purpose.

Further Affiant Sayeth Not.

IN VERIFICATION WHEREOF I hereto subscribed my name and affixed my seal this _____ day of May, in the year of our Lord 2013 A.D.

*Tammy Miller*, Notary

TAMMY KIMBERLY MILLER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 25, 2016



JURAT

**NOTICE: The use of a Notary does not create adhesion to or alter the status of this document.**

SUBSCRIBED AND AFFIRMED on this _____ day of May, in the year of our Lord, 2013 A.D., by Tammy Miller, proved to me on the basis of satisfactory evidence to be the woman who executed this Document.

*Connie Miller*
Notary Public

CONNIE LANE MILLER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 17, 2016



---

Notice: Black's Law Dictionary 4th ed., page 1210. "Information; the result of observation, whether by the senses or the mind; knowledge of the existence of a fact or state of affairs; the means of knowledge.

Fault: Black's Law Dictionary 4th ed., page 738. "Civil Law. Negligence; want of care. An improper act or omission, injurious to another, and transpiring through negligence, rashness, or ignorance.

Default: Black's Law Dictionary 4th ed., page 505. "By its derivation, a failure. An omission of that which ought to be done. Specifically, the omission or failure to perform a legal duty. The term also embraces the idea of dishonest, and of wrongful act."

Estoppel: Black's Law Dictionary 4th ed., page 648. "A man's own act or acceptance stops or closes his mouth to allege or plead the truth.

Pais: Black's Law Dictionary 4th ed., page 1264. "Estoppels in pais are estoppels by conduct, as distinguished from estoppels by deed or by record."

Res Judicata: Black's Law Dictionary 4th ed., page 1470. "A matter adjudged: a thing judicially acted upon or decided; a thing or matter settled by judgment."

Stare Decisis: Black's Law Dictionary 4th ed., page 1577. "To abide by, or adhere to, decided cases. Policy of courts to stand by precedent and not to disturb settled point.".