ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 29 2013

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

NEKAI CORP
Holder of the Office of the Executor General
c/o Notary Acceptor:
    1050 Bishop Street, Suite 188,
    Honolulu, Hawaii 96813
    Attn: Jennifer A. McTigue, General Manager
    (808)636-4199 phone
    (866)703-2417 fax
    NekaiCorp@gmail.com

MC13 '00158

RE: Miscellaneous File – Notary Oaths of Office &
                    State of Delaware, Secretary of State Certification


                THE UNITED STATES DISTRICT COURT
                          STATE OF HAWAII

# Oath of Office

## State of Delaware

I, Tammy Miller, do proudly swear (or affirm) to carry out the responsibilities of the office of Notary Public to the best of my ability, freely acknowledging that the powers of this office flow from the people I am privileged to represent. I further swear (or affirm) always to place the public interest above any special or personal interests, and to respect the right of future generations to share the rich historic and natural heritage of Delaware. In doing so, I will always uphold and defend the Constitutions of my Country and my State, so help me God.

*Tammy Miller*

Sworn to and subscribed before me this
13 day of April A.D. 2013
State of Delaware
County of Kent

MARGARET S. PRYOR
Notary Public - State of Delaware
My Comm. Expires Feb. 11, 2013



# The State of Delaware

To TAMMY KIMBERLY MILLER OF DOVER, DE:

Know you, that reposing special trust and confidence in your knowledge, integrity, prudence, and ability we have constituted and appointed, and by these presents do constitute and appoint you, the said Tammy Kimberly Miller to be a Notary Public for the State of Delaware for the term of four years effective the twenty-fifth day of April, A.D. 2012, having met the qualifications found in Title 29, Chapter 43 of the Delaware Code, giving hereby and granting unto you the said Tammy Kimberly Miller full power and authority to execute and discharge the said office of the commission aforesaid in all the several parts and branches thereof and keeping of all records, books, papers, and writings whatsoever to the said office belonging:

## To Hold, Exercise and Enjoy the Said Office

With all fees, perquisites, emoluments, and advantages thence lawfully arising, or thereunto of right in anywise appertaining, until your term therein, according to law, shall of course expire; you behaving yourself well so long in the said office.

In Witness Whereof, I, Jack Markell, Governor of the State of Delaware have hereunto set my hand; and the Great Seal of the State of Delaware, has been hereunto affixed by the Secretary of State, at Dover, on this the thirteenth day of April, A.D. 2012.

No. 20120413000012

*Jack Markell*
By the Governor

*[signature]*
Secretary of State

# Oath of Office

### State of Delaware

I, _Connie Miller_, do proudly swear (or affirm) to carry out the responsibilities of the office of Notary Public to the best of my ability, freely acknowledging that the powers of this office flow from the people I am privileged to represent. I further swear (or affirm) always to place the public interest above any special or personal interests, and to respect the right of future generations to share the rich historic and natural heritage of Delaware. In doing so, I will always uphold and defend the Constitutions of my Country and my State, so help me God.

*Connie Miller*

Sworn to and subscribed before me this _18_ day of _April_ A.D. 20_12_

*Tammy Miller*

State of _Delaware_
County of _Kent_



NOTARY PUBLIC - OFFICIAL SEAL
State of Delaware
Tammy Miller
My Commission Expires 4/25/2012



# The State of Delaware

TO CONNIE LANE MILLER OF DOVER, DE:

Know you, that reposing special trust and confidence in your knowledge, integrity, prudence, and ability we have constituted and appointed, and by these presents do constitute and appoint you, the said Connie Lane Miller to be a Notary Public for the State of Delaware for the term of four years effective the seventeenth day of April, A.D. 2012, having met the qualifications found in Title 29, Chapter 43 of the Delaware Code, giving hereby and granting unto you the said Connie Lane Miller full power and authority to execute and discharge the said office of the commission aforesaid in all the several parts and branches thereof and keeping of all records, books, papers, and writings whatsoever to the said office belonging:

## To Hold, Exercise and Enjoy the Said Office

With all fees, perquisites, emoluments, and advantages thence lawfully arising, or thereunto of right in anywise appertaining, until your term therein, according to law, shall of course expire; you behaving yourself well so long in the said office.

In Witness Whereof, I, Jack Markell, Governor of the State of Delaware have hereunto set my hand; and the Great Seal of the State of Delaware, has been hereunto affixed by the Secretary of State, at Dover, on this the seventeenth day of April, A.D. 2012.

No. 20120417000012

_Jack Markell_
By the Governor

_____
Secretary of State