ORIGINAL



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 29 2013
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

NEKAI CORP
Holder of the Office of the Executor General
c/o Notary Acceptor:
    1050 Bishop Street, Suite 188,
    Honolulu, Hawaii 96813
    Attn: Jennifer A. McTigue, General Manager
    (808)636-4199 phone
    (866)703-2417 fax
    NekaiCorp@gmail.com

MC13 00158

RE: Miscellaneous File – UCC-1 Commercial Lien
                    State of Maryland UCC-1 Financing Statement

## THE UNITED STATES DISTRICT COURT
## STATE OF HAWAII

# UCC-1 COMMERCIAL LIEN

## STATE OF MARYLAND UCC-1 FINANCING STATEMENT

FINANCING STATEMENT FORM UCC-1

Identifying File No _____

| If transactions wholly or partially subject to recordation Tax indicate amount of taxable debt here. $ 0.0 | If this statement is to be recorded In land records check here ☐ |



This financing statement dated this 13th day of December, 2012 A.D. is presented to a filing officer for filing pursuant to the Uniform Commercial Code.

**1. DEBTOR**

| Name | Type of Organization | Organization ID | Jurisdiction |
|---|---|---|---|
| MCTIGUE, ANN JENNIFER | Cestui Que Trust | 151 1967 - 002726 | HAWAII |

Address:
c/o 55 WATER STREET NEW YORK NY, 10041

**2. SECURED PARTY**

Name
THE HOUSE OF MCTIGUE FAMILY TRUST

Address:
c/o NEKAI CORP, TTEE
1050 BISHOP STREET, #188, HONOLULU, HAWAII 96813

---

**Name And Address To Whom Statement is to be return is Fiduciary as listed below**

**3. This Financing statement covers the following types (or items) of property:**

This is actual and constructive NOTICE by entry of Debtor into the Commercial Registry, that all of Debtor's property owned *ab initio* March 18, 1967 and/or here-in-after acquired, is accepted as collateral for securing intended and contractual obligation(s) as detailed in Security-Agreement no. JALSA1001 assigned to / held by Secured Party;

Secured Party claims: Post Registered Account RA941792895US, all equity in UNITED STATES BIRTH CERTIFICATE registration no. 151 1967 - 002726 (all in series), Security-Agreement JALSA1001, and Security Account no. F98075396. Anything not specifically listed is included in the same. Secured Party claims and reserves Instrument Numbers HOMFTET00001 – HOMFTET99999 and HOMFTBOE00001 – HOMFTBOE99999 for tracking / recoupment of Estate-Assets.

All property is Accepted for Value and Exempt from Levy. [Adjustment of this filing is from Public Policy HJR 192 (June 5, 1933), Order in Council PC 664 (10 April 1933), Public Law 73-10, UCC 10-104 and UCC9-702];

Any/all products, proceeds, escrow, orders there-from are to be released to Fiduciary-Trustee NEKAI CORP, as Bailee, appointed to hold the Office of Executor to liquidate Debtor's Estate;

The final value of this claim is yet to be determined;

Debtor consents and shall remain bound as Transmitting Utility [as defined in the UCC, for the purpose of transmitting commercial activity for the benefit of Secured Party] until expressly released from this obligation by Secured Party;

Secured Party gives NOTICE of common-law copy-claim JENNIFER ANN MCTIGUE (and any/all alphanumerical variation(s) / derivatives thereof – User Agreement / Fee Schedule may apply). Co-Debtor fees shall also apply;

Secured Party gives NOTICE of reservation of All Rights, Remedies and Liberties. The Intent of the Secured Party under divine law shall supersede any/all statutory/codified rules and/or procedures;

Any/all inquiries shall be directed to Fiduciary NEKAI CORP c/o mailing co-ordinates: **1050 BISHOP STREET, #188, HONOLULU, HAWAII 96813**

**The following below do apply:**

**4. (A) Proceeds of collateral are also covered**   **(B) Products of collateral are also covered**

**5. Alternative designation BAILEE\BAILOR**   **6. Debtor is a TRANSMITTING UTILITY**

**7. Debtor is a Trustee acting with respect to property held in Trust**

*JENNIFER ANN MCTIGUE*
__JENNIFER ANN MCTIGUE__
Signature of Debtor by Accommodation
UCC 3-419

NEKAI CORP,
Fiduciary-Trustee
per: _____ A.R.
All Rights Reserved

```
CUST ID:0002851369
WORK ORDER:0004067949
DATE:12-19-2012 12:51 PM
AMT. PAID:$117.00
```

# UCC-1 COMMERCIAL LIEN

## STATE OF MARYLAND UCC-1 FINANCING STATEMENT

FINANCING STATEMENT  FORM UCC-1

Identifying File No _____

| If transactions wholly or partially subject to recordation Tax indicate amount of taxable debt here. $ __0.0__ | If this statement is to be recorded In land records check here  ☐ |

This financing statement dated this 13th day of December, 2012 A.D. is presented to a filing office for filing pursuant to the Uniform Commercial Code.

**1. DEBTOR**
Name: MCTIGUE, ANN JENNIFER
Type of Organization: Cestui Que Trust
Organization ID: (redacted)
Jurisdiction: HAWAII

Address:
c/o 55 WATER STREET NEW YORK NY. 10041

**2. SECURED PARTY**
Name:
THE HOUSE OF MCTIGUE FAMILY TRUST

Address:
c/o NEKAI CORP, TTEE
1050 BISHOP STREET, #188, HONOLULU, HAWAII 96813

Name And Address To Whom Statement is to be return is Fiduciary as listed below

**3. This Financing statement covers the following types (or items) of property:**

This is actual and constructive NOTICE by entry of Debtor into the Commercial Registry, that all of Debtor's property owned *ab initio* March 18, 1967 and/or here-in-after acquired, is accepted as collateral for securing intended and contractual obligation(s) as detailed in Security-Agreement no. JALSA1001 assigned to / held by Secured Party;

Secured Party claims: Post Registered Account RA941792895US, all equity in UNITED STATES BIRTH CERTIFICATE registration no. (redacted) (all in series), Security-Agreement JALSA1001, and Security Account no. F98073396. Anything not specifically listed is included in the same. Secured Party claims and reserves Instrument Numbers HOMFTE100001 – HOMFTE199999 and HOMFTBOE00001 – HOMFTBOE99999 for tracking / recoupment of Estate-Assets.

All property is Accepted for Value and Exempt from Levy. [Adjustment of this filing is from Public Policy HJR 192 (June 5, 1933), Order in Council PC 664 (10 April 1933), Public Law 73-10, UCC 10-104 and UCC9-702];

Any/all products, proceeds, escrow, orders there-from are to be released to Fiduciary-Trustee NEKAI CORP, as Bailee, appointed to hold the Office of Executor to liquidate Debtor's Estate;

The final value of this claim is yet to be determined;

Debtor consents and shall remain bound as Transmitting Utility (as defined in the UCC, for the purpose of transmitting commercial activity for the benefit of Secured Party) until expressly released from this obligation by Secured Party;

Secured Party gives NOTICE of common-law copy-claim JENNIFER ANN MCTIGUE (and any/all alphanumerical variation(s) / derivatives thereof – User Agreement / Fee Schedule may apply). Co-Debtor fees shall also apply;

Secured Party gives NOTICE of reservation of All Rights, Remedies and Liberties. The intent of the Secured Party under divine law shall supersede any/all statutory/codified rules and/or procedures;

Any/all inquiries shall be directed to Fiduciary NEKAI CORP c/o mailing co-ordinates: 1050 BISHOP STREET, #188, HONOLULU, HAWAII 96813

The following below do apply:

---

STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the __2__ page document on file in this office. DATED: __12/19/12__.
STATE DEPARTMENT OF ASSESSMENTS AND TAXATION.
BY: _Kimberly V Johnson_, Custodian
This stamp replaces our previous certification system. Effective: 6/95

**State of Maryland**
**Department of Assessments and Taxation**
Charter Division

Martin O'Malley
*Governor*

Robert E. Young
*Director*

Paul B. Anderson
*Administrator*

---

Date: 12/19/2012

NEKAI CORP
ATTN: JENNIFER L. MCTIGUE
1050 BISHOP STREET, 188
HONOLULU HI 96813

This letter is to confirm acceptance of the following filing:

```
FILE NUMBER        : 0000000181461183
TYPE OF REQUEST    : ORIG FIN STMT
DATE FILED         : 12/14/2012
TIME FILED         : 04:59 PM
BASE FEE           : $25.00
EXPEDITED FEE      : $70.00
COPY FEE           : $22.00
ACKNOWLEDGEMENT    : 1000362004187763
CUSTOMER ID        : 0002851369
WORK ORDER NUMBER  : 0004067949
```

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK ORDER NUMBER ON ANY INQUIRIES.

UCC Division
Baltimore Metro Area (410) 767-1459
Outside Metro Area (888) 246-5941

301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395
Toll free in Maryland (888)246-5941
MRS (Maryland Relay Service) (800)735-2258 TT/Voice- Fax (410)333-7097
Website: www.dat.state.md.us

0008031359
UACCPT

State of Maryland
**Department of
Assessments and Taxation**

Charter Division

Martin O'Malley
*Governor*

Robert E. Young
*Director*

Paul B. Anderson
*Administrator*

Date: 12/19/2012

NEKAI CORP
ATTN: JENNIFER L. MCTIGUE
1050 BISHOP STREET, 188
HONOLULU HI 96813

This letter is to confirm acceptance of the following filing:

| | |
|---|---|
| FILE NUMBER | : 0000000181461183 |
| TYPE OF REQUEST | : ORIG FIN STMT |
| DATE FILED | : 12/14/2012 |
| TIME FILED | : 04:59 PM |
| BASE FEE | : $25.00 |
| EXPEDITED FEE | : $70.00 |
| COPY FEE | : $22.00 |
| ACKNOWLEDGEMENT | : 1000362004187763 |
| CUSTOMER ID | : 0002851369 |
| WORK ORDER NUMBER | : 0004067949 |

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT
IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK
ORDER NUMBER ON ANY INQUIRIES.

UCC Division
Baltimore Metro Area (410) 767-1459
Outside Metro Area (888)246-5941

*301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395*
*Toll free in Maryland (888)246-5941*
*MRS (Maryland Relay Service) (800)735-2258 TT/Voice- Fax (410)333-7097*
*Website: www.dat.state.md.us*

0008031359

UACCPT